BEN WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> TRACI M. LINZMEIER, ) <br> ) <br> Defendant. ) <br> _____) | CR. NO. S-10-322-FCD |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> RON M. TAITANO, ) <br> ) <br> Defendant. ) <br> _____) | CR. NO. S-10-476-WBS <br><br> MOTION AND STIPULATION <br> TO RELATE CASES; <br> **ORDER** |

Under Local Rule 83-123(3) & (4), the United States hereby notifies the Court of the filing of a related case and the United States further moves that the case be related.

On August 6, 2010, an Information was filed initiating case number CR. S-10-322-FCD against Traci M. Linzmeier.  This matter, CR. S-10-322-FCD, was later related to another matter and assigned to the Hon. Frank C. Damrell. Linzmeier and others were charged with federal offenses related to theft of U.S. Mail, possession of stolen U.S. Mail, and bank fraud schemes related to unlawful use of stolen U.S. Mail (and information within stolen U.S. Mail).

1

On November 5, 2010, an Information was filed initiating case no. CR. S-10-476-WBS against Ron M. Taitano. The Information similarly charges Taitano with bank fraud (18 U.S.C. 1344), theft of U.S. Mail, and possession of stolen U.S. Mail (18 U.S.C. 1708).

The United States submits that the case against Taitano, Cr. 10-476-WBS, should be related before Judge Damrell with the EARLIER charged case against Linzmeier, Cr. 10-322-FCD. In each case there are similar victims (financial institutions and U.S. Mail senders/recipients), similar witnesses, related/associated defendants, and related factual background. Further, the charges against each defendant stem from and relate to similar investigation conduct. Defense counsel for Taitano, Carl Larson, stipulates and agrees that the matter against Taitano is properly related to the matter against Linzmeier.

Accordingly, the United States submits that in each case there are related evidence issues, sentencing issues and/or similar witness concerns. Significantly, relation of the Taitano case with the case already before the previously assigned judicial officer (Judge Damrell) would help victims, law enforcement, and witnesses deal with prosecutive and judicial burdens. In addition, relating the Taitano matter with the EARLIER case (against Linzmeier) would be efficient for the U.S. Probation Office.

Dated:  11/12/2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**RELATED CASE ORDER**

Examination of the above-captioned matter, CR. NO. S-10-476-WBS, and the EARLIER criminal action in CR. NO. S-10-322-FCD reveals that the actions are related within the meaning of Local Rule 123.  The actions involve similar transactions, including as to victims and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge.  No consolidation of the actions is effected. Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-10-476-WBS is reassigned to Judge Damrell, for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "FCD" instead of the other jurist's initials.

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: November 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE